## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CURTIS JOHNSON,**

    Plaintiff,

                           **CASE NO.    3:10-cv-402**

**-vs-**

                           **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

### JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's decision be **REVERSED**; the matter **REMANDED** to the ALJ under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Court's decision; and that the case be **CLOSED**.

Date:   November 22, 2011                    **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk